

**ORDERED in the Southern District of Florida on March 9, 2012.**

      **Paul G. Hyman, Chief Judge**
      **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – WEST PALM BEACH DIVISION**

           CASE NO.  11-41783-PGH
           CHAPTER 13

**IN RE:**

**Donnell Warren Parks, Jr,**

    **Debtor(s).**
_____/

**ORDER LIFTING THE AUTOMATIC STAY
IN FAVOR OF WELLS FARGO BANK, NA**

    **THIS CASE** came before the Court on March 8, 2012 upon the Motion for Relief from the Automatic Stay (Docket No. 22) filed by Wells Fargo Bank, N.A., Successor by Merger to Wachovia Bank, N.A., it Successors and Assigns ("Secured Creditor").  Based on the record, the Court having heard argument of Counsel and being otherwise fully advised on the matter, it is,

    **ORDERED:**

    1.    Secured Creditor's Motion for Relief from the Automatic Stay is Granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 5146 51st Way, West Palm Beach, FL. 33409, and legally described as:

**HAVING A TAX IDENTIFICATION NUMBER OF 74-43-43-07-04-000-1122A, PARCEL OF LAND LOCATED IN THE CITY OF WEST PALM BEACH, COUNTY OF PALM BEACH, STATE OF FLORIDA, AND KNOWN AS:**

**BEING LOT NUMBER LOT: 112B IN VILLAGE SANDALWOOD LAKES SOUTH AS SHOWN IN THE RECORDED PLAT/MAP THEREOF IN 48-94 OF PALM BEACH RECORDS.**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies as to the property described above and said Creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. The Court waives the fourteen (14) days stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) so that Secured Creditor may pursue its *in rem* remedies without further delay.

###

**Submitted by:**

Bart T Heffernan, Esq.
Attorney for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Ft. Lauderdale, FL 33309
Phone (954)644-8704
Fax: (954) 772-9601
kangione@mlg-defaultlaw.com

*Bart T Heffernan, Esquire is directed to serve copies of this order on the parties listed below and to file the certificate of service of order.*

**Copies furnished to:**

Donnell Warren Parks, Jr
4015 Windsor Ave Apt-B
West Palm Beach, FL 33407

Robert A. Feldman
3275 W. Hillsboro Blvd # 306
Deerfield Beach, FL 33442

Trustee - Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee - Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130